UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-00944-UA (OP) | Date | March 13, 2012 |
|---|---|---|---|
| Title | Shondel Larkin v. A. L. Crumbley, et al. | | |

| Present: The Honorable | Oswald Parada, United States Magistrate Judge | |
|---|---|---|
| As assigned | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **IN CHAMBERS:   ORDER TO SHOW CAUSE**

On February 8, 2013, Shondel Lamar Larkin ("Plaintiff") lodged for filing what purports to be a Civil Rights Complaint pursuant to 42 U.S.C. § 1983.  (ECF No. 1.)  However, Plaintiff failed to submit a certified copy of his trust fund statement for the last six months.

Accordingly, Plaintiff is ordered to show cause on or before April 12, 2013, why this matter should not be dismissed without prejudice.  Plaintiff shall submit a certified copy of his trust fund statement for the last six months no later thn April 12, 2013.  Plaintiff is admonished that the failure to properly respond to this order will result in a recommendation of dismissal of this action without prejudice.

**IT IS SO ORDERED.**

cc:  All Parties of Record

Initials of deputy clerk

jh-relief

---

I hereby certify that these Minutes were served by Notice of Electronic Filing (NEF) to Plaintiff S. Larkin, at his address of record in this action on this date.

Dated:  March 14, 2013

J. Holmes  /s/
**DEPUTY CLERK**