UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-00944-UA (OP) | Date | [Amended] April 16, 2013 |
|---|---|---|---|
| Title | Shondel Larkin v. A. L. Crumbley, et al. | | |

Present: The Honorable    Oswald Parada, United States Magistrate Judge

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

None                                                                    None

**Proceedings:**        **IN CHAMBERS:   ORDER TO SHOW CAUSE**

On February 8, 2013, Shondel Lamar Larkin ("Plaintiff") lodged for filing what purports to be a Civil Rights Complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) However, Plaintiff failed submit the a certified copy of his trust fund statement for the last six months. On March 13, 3013, the Court ordered Plaintiff to submit a certified copy of his trust fund statement for the last six months no later than April 12, 2013. (ECF. No. 2.) On April 11, 2013, Plaintiff filed a Request for Extension of Time to file his statement. (ECF. No. 3.)

Accordingly, Plaintiff is ordered to show cause on or before May 17, 2013, why this matter should not be dismissed without prejudice. Plaintiff shall submit a certified copy of his trust fund statement for the last six months no later than May 17, 2013. Plaintiff is admonished that the failure to properly respond to this order will result in a recommendation of dismissal of this action without prejudice.

**IT IS SO ORDERED.**

cc: All Parties of Record

Initials of deputy clerk    jh-relief