JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHONDEL LAMAR LARKIN,<br><br>　　　　　　Plaintiff,<br>　　v.<br>A.L. CRUMBLEY, et al.,<br>　　　　　　Defendants. | Case No. CV 13-944-DSF (OP)<br><br>ORDER RE: VOLUNTARY DISMISSAL OF CIVIL RIGHTS COMPLAINT PURSUANT TO FED. R. CIV. P. 41 |

　　　　On February 8, 2013, Shondel Larkin ("Plaintiff") filed a pro se Civil Rights Complaint pursuant to 42 U.S.C. § 1983 ("Complaint"), after having been granted leave to proceed in forma pauperis. (ECF Nos. 8, 9.) On August 14, 2013, A. Crumbley and A. Martinez, ("Defendants") filed a Motion to Dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (ECF No. 19.)

/ / /

/ / /

/ / /

/ / /

/ / /

1

1   On August 30, 2013, Plaintiff filed a "Motion to Voluntarily Withdraw
2 Complaint Without Prejudice" (ECF No. 22 ) in which he seeks to voluntarily
3 dismiss the current Complaint.  The Court deems Plaintiff's motion a voluntary
4 dismissal pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure.
5 Defendants have not filed an answer to the Complaint, nor have they filed a motion
6 for summary judgment.  As such, no further action by this Court is required.  The
7 Complaint is hereby dismissed without prejudice.

10 DATED: 10/17/13

            HONORABLE DALE S. FISCHER
            United States District Judge

13 Presented by:

            HONORABLE OSWALD PARADA
16 United States Magistrate Judge